ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of -- | ) |
| | ) |
| General Logistic Group, Ltd. | ) ASBCA No. 60632-968 |
| | ) |
| Under Contract No. W56KJD-13-A-0004 | ) |

APPEARANCE FOR THE PETITIONER: Lauren R. Brier, Esq.
    The Federal Practice Group
    Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Christopher M. Coy, JA
    Trial Attorney

## DISMISSAL ORDER

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on its 21 January 2016 claim. The contracting officer issued a decision on 8 July 2016.

Accordingly, the Board dismisses this petition as moot.

Dated: 4 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 60632-968, Petition of General Logistic Group, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals